UNITED STATES DISTRICT COURT
For The DISTRICT OF MASSACHUSETTS

```
Trustees of the Iron Workers        )
District Council of New England Pension, )
Health and Welfare, Annuity, Vacation, and )
Education Funds,                    )
         Plaintiffs,                )
                                    )
v.                                  )
                                    )   COMPLAINT
                                    )
All State Steel Corporation,        )
AMS Construction and Development and )
Fidelity and Guaranty Insurance Co. )
         Defendants.                )
```

## INTRODUCTION

1. This is an action under the Employee Retirement Income Security Act ("ERISA"), particularly 29 USC §1132(a), (d), (f), and (g), and other actions, to recover delinquent contributions owed by the defendants to trust funds administered by the plaintiffs, Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds ("Trustees").

## JURISDICTION

2. Subject Matter jurisdiction is provided by the Labor Management Relations Act ("LMRA"), 29 U.S.C., §185 *et seq*; the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C., §§502, 515, and 1132, *et seq*; and 29 U.S.C., §§1331 and 1337.

## PARTIES

3. The Trustees administer duly established employee pension, health and other benefits plans formed in accord with 29 U.S.C., §§185, 1002 (1), (2) and (3) from the funds' business offices located at 161 Granite Avenue in Dorchester, Massachusetts, 02124, County of Suffolk.

1

4. All State Steel Corporation ("Allstate") is, upon information and belief, a foreign corporation registered to do business in Massachusetts with a principle place of business located at 378 South Road, Candia, NH 03034.

5. AMS Construction, Inc ("AMS") is, upon information and belief, a corporation duly organized in Massachusetts with a principle place of business located at 101 Pond Street, Essex, MA 01929, County of Essex.

6. Fidelity and Guaranty Insurance Company ("Fidelity & Guaranty") is, upon information and belief, a duly formed corporation licensed to provide insurance in this Commonwealth with a principle place of business at 2 Washington Street, Unit#2, Ipswich, MA 01938.

## FACTS

7. The Town of Hudson, Massachusetts hired AMS to construct the Hudson, Massachuestts Fire Station in Hudson, Massachusetts ("Project") during 2002.

8. AMS subcontracted, upon information and belief, to Allstate the fabrication and erection of structural steel.

9. Allstate is signatory to a collective bargaining agreement ("CBA") and employed Ironworkers who erected the steel at the Project, Exhibit A (CBA).

10. The CBA required Allstate to pay pension, health insurance, and other benefits contributions to trust funds established by the CBA and administered by Trustees.

11. Allstate did not pay all the contribution to the funds.

12. Pursuant to General Laws of Massachusetts at Chapter 149, §29 upon information and belief, AMS provided a payment bond ("Bond") and is the named principle on that Bond.

2

13. Fidelity & Guaranty is the surety named on the Payment Bond <u>Exhibit B</u> (Payment Bond), provided by AMS.

14. Fidelity & Guaranty, owes all amounts that AMS owes to the Trustees for labor performed by Allstate employees on the Project who were covered by the CBA.

15. The Trustees satisfied all conditions precedent, if any, to obtain payment from the Bond.

## Count I
(Funds v. Allstate; 29 USC §185, Breach of CBA)

16. The Trustees restate the allegations contained in paragraphs 1-15 above and incorporate the same herein by this reference and further state:

17. This is a cause of action for breach of CBA which breach caused grave harm and loss to the Trustees.

## Count II
(Funds v. AMS & Fidelity & Guaranty; GL c. 149, §29)

18. The Trustees restate the allegations contained in paragraphs 1-17 above and incorporate the same herein by this reference and further state:

19. This is a cause of action against AMS and Fidelity & Guaranty because each failed to pay Trustees as required by GL c, 149 §29.

## DEMAND FOR JUDGMENT

WHEREFORE, the Trustees respectfully demand that this Honorable Court enter judgment as follows:

a. Against each Defendant in favor of the Trustees for damages and other relief owed; and
b. That defendant be enjoined from failing to pay timely contributions in accord with the CBA;
c. Defendants to pay the Trustees and each trust plan their attorney fees and costs pursuant to 29 USC, §§ 1132 (g)(1) and the CBA;
d. provide such other and further relief this Court deems just and fair.

Plaintiffs, Trustees of the Iron
Workers District Council of New

3

          England Pension, Health and Welfare,
Annuity, Vacation, and Education
Funds,
By their attorney,

*/s/ Mickey Long*

Mickey Long BBO# 634388
193 Old Colony Ave.
P.O. Box E-1
TEL: (617) 269-0229
FAX: 617.269.0567
mickeylong@gis.net

Date: May 27, 2004

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation and Education Funds v. Allstate Steel et al.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [✓] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?    YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)    YES [ ]    NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?    YES [ ]    NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?    YES [ ]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).    YES [ ]    NO [✓]

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division [ ]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division [✓]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)    YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Attorney Mickey Long__
ADDRESS __193 Old Colony Ave. P.O. Box E-1 Boston, MA 02127__
TELEPHONE NO. __(617) 269-0229__

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Trustees of the Ironworkers District Council of N.E. Pension, Health and Welfare, Annuity, Vacation and Education Funds

**DEFENDANTS**
Allstate Steel, Ayles Construction and Development and American Guaranty Insurance Company

(b) County of Residence of First Listed Plaintiff: Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Rockingham County, NH
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Mickey Long
193 Old Colony Ave
P.O. Box E+ Boston, MA 02127

Attorneys (If Known)

04 11121 RWZ

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIW C/DIW W (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | Habeas Corpus: ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 740 Railway Labor Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 890 Other Statutory Actions |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Employee Retirement Income Security Act 29 USC §1132(a),(d),(f) and (g) to recover delinquent contributions owed by defendant to trust funds.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 5/26/04
SIGNATURE OF ATTORNEY OF RECORD: Mickey Long

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____