AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Trustees of the Ironworkers D.C. of NE Funds

V.

AMS Construction & Development

FILED IN CLERK'S OFFICE
2004 JUN -9 P 12: 22
U.S. DISTRICT COURT
DISTRICT OF MASS

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11121 RWZ

TO: (Name and address of Defendant)

AMS Construction & Development
101 Pond Street
Essex, MA 01929

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mickey Long
193 Old Colony Ave
PO Box E-1
Boston, MA 02127

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAY 27 2004
CLERK                                           DATE

(By) DEPUTY CLERK