AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 4, 2004

I hereby certify and return that on 6/3/2004 at 10:45 am I served a true and attested copy of the summons and complaint, cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of AMS Construction and Development, 101 Pond Street, Essex, MA , and by mailing 1st class to the above address on 6/4/2004. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $50.40

Deputy Sheriff John Pace

*/s/ John Pace*
Deputy Sheriff

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.