AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 3, 2004

I hereby certify and return that on 6/1/2004 at 10:35 am I served a true and attested copy of the summons, complaint, civil action cover sheet & exhibits in this action in the following manner: To wit, by delivering in hand to John Davey, resident agent person in charge at the time of service for Allstate Steel Corporation at 776R Washington Street Canton, MA 02021. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

_____
Deputy Sheriff

**Deputy Sheriff James Roche**

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.