UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds<br>　　　Plaintiff,<br>v.<br>Allstate Steel Corporation,<br>AMS Construction and Development and<br>Fidelity and Guaranty Insurance Company,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)　**Civil No.04-11121 NWZ**<br>)<br>)<br>)<br>) |

### PLAINTIFFS' RULE 41(A)(1)(I) NOTICE OF DISMISSAL

In accord with the Federal Rules of Civil Procedure at Rule 41(a)(1)(i), Plaintiffs, having received no response and believing no response has been served, hereby dismiss the above-captioned action, without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted by,
　　　　　　　　　　　　　　　　　　Trustees of the Iron Workers District
　　　　　　　　　　　　　　　　　　Council of New England Pension, Health
　　　　　　　　　　　　　　　　　　and Welfare, Annuity, Vacation, and
　　　　　　　　　　　　　　　　　　Education, Plaintiff,
　　　　　　　　　　　　　　　　　　By and through their attorney,

　　　　　　　　　　　　　　　　　　_/s/ Mickey Long_
　　　　　　　　　　　　　　　　　　Mickey Long, BBO No. 634888
　　　　　　　　　　　　　　　　　　193 Old Colony Ave.
　　　　　　　　　　　　　　　　　　P.O. Box E-1
　　　　　　　　　　　　　　　　　　South Boston, MA 02127
　　　　　　　　　　　　　　　　　　Tel. (617) 269-0229

Date:　October 14, 2004

**CERTIFICATE OF SERVICE**
I, Mickey Long, hereby declare that I have sent a copy of this Motion by regular US mail, postage prepaid, to all parties to this action this 14th day of October, 2004.

_/s/ Mickey Long_
Mickey Long

1